IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

Page 1

| | | |
|---|---|---|
| RICKEY TONEY STOKES | Date 09/17/2013 | Debtor Attorney |
| SANDRA SYLVIA STOKES | | MONTE J WHITE & ASSOCIATES PC |
| 818 SUNSET DR | Case Number 13-10119-RLJ-13 | ATTORNEY AT LAW ABILENE |
| | | 402 CYPRESS SUITE 310 |
| ABILENE TX 79605 | 90 Day Bar Date 09/10/2013 | ABILENE,TX 79601-0000 |
| | Govt Bar Date 11/11/2013 | |

### TRUSTEE'S NOTICE OF CLAIMS FILED AND NOT FILED

NOTICE IS HEREBY GIVEN of claims filed and not filed by the creditors listed below. The above referenced case has just passed the 90 day bar date (deadline for filing claims) provided by Rule 3002(c). "NOT FILED" is shown in claim classification column if the creditor has not filed a claim. Pursuant to Rule 3004 the debtor may file claims on behalf of the creditors below who have not yet filed claims. Please note that BankruptcyCode Section 502(b)(9) and Bankruptcy Rule 3002(c)(1), may allow additional time for a governmental unit to file a proof of claim.

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 001-0 | MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>402 CYPRESS SUITE 310<br>ABILENE,TX 79601-0000 | | | 0.00 | 3,176.00 | Legal |
| 001-1 | MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>402 CYPRESS SUITE 310<br>ABILENE,TX 79601-0000 | | | | 324.00 | Legal |
| 003-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA,PA 19101-7317 | | | 0.00 | 0.00 | Notice Only |
| 004-0 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 | | | 0.00 | 0.00 | Notice Only |
| 005-0 | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br>WASHINGTON,DC 20530-0000 | | | 0.00 | 0.00 | Notice Only |
| 006-0 | OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br>LUBBOCK,TX 79424- | | | 0.00 | 161.28 | Admin |
| 007-0 | UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br>FT WORTH,TX 76102-6882 | | | 0.00 | 0.00 | Notice Only |
| 008-0 | ABILENE TEACHERS FEDERAL CREDI<br>ATTN GREGORY PECK<br>PO BOX 5706<br>ABILENE,TX 79608- | 06/05/2013 | 6549 | 23,187.68 | 23,187.68 | Secured |
| 008-1 | ABILENE TEACHERS FEDERAL CREDI<br>ATTN GREGORY PECK<br>PO BOX 5706<br>ABILENE,TX 79608- | 06/05/2013 | 6549 | | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

Page 2

In RE: RICKEY TONEY STOKES    SANDRA SYLVIA STOKES   Case Number   13-10119-RLJ-13    9/17/2013

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 009-0 ABILENE TEACHERS FEDERAL CREDI<br>ATTN GREGORY PECK<br>PO BOX 5706<br>ABILENE,TX 79608- | 06/05/2013 | 6549 | 4,396.29 | 4,396.29 | Secured |
| 010-0 QUANTUM3 GROUP LLC<br>ACE CASH EXPRESS INC<br>PO BOX 788<br>KIRKLAND,WA 98083-0788 | 07/19/2013 | xxxxxx5870 | 1,011.00 | 1,076.86 | Unsecured |
| 011-0 ADVANCE AMERICA<br>23285 S 14TH<br>ABILENE,TX 79605- | | 6691 | 963.64 | 0.00 | Unsecured<br>Not Filed |
| 012-0 AFNI<br>PO BOX 3097<br>BLOOMINGTON,IL 61702-3097 | | 6691 | 138.03 | 0.00 | Unsecured<br>Not Filed |
| 013-0 AMERICAN GENERAL FINACIAL/SPRI<br>ATTENTION BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE,IN 47731- | | 4181 | 7,812.00 | 0.00 | Unsecured<br>Not Filed |
| 014-0 CAPITAL LOANS<br>WORLD ACCEPTANCE CORPORATION<br>PO BOX 6429 BANKRUPTCY PROCESSING CTR<br>GREENVILLE,SC 29606- | 05/31/2013 | xxx/181 | 1,932.00 | 1,331.46 | Unsecured |
| 015-0 CENTRAL FIN<br>ATTN: BANKRUPTCY<br>PO BOX 66044<br>ANAHEIM,CA 92816- | | 3587 | 990.00 | 0.00 | Unsecured<br>Not Filed |
| 016-0 CHECK N GO<br>S 1ST ST<br>ABILENE,TX 79605- | | 6691 | 465.37 | 0.00 | Unsecured<br>Not Filed |
| 017-0 CMRE FINANCIAL SERVICES INC<br>3075 E IMPERIAL HWY STE 200<br>BREA,CA 92821-6753 | | | 0.00 | 0.00 | Notice Only |
| 018-0 COADY CHIROPRACTIC<br>4530 N LOVINGTON HWY<br>HOBBS,NM 88240- | | 6691 | 150.00 | 0.00 | Unsecured<br>Not Filed |
| 019-0 QUANTUM3 GROUP LLC<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND,WA 98083-0788 | 07/19/2013 | xxxxxx4014 | 620.00 | 620.63 | Unsecured |
| 020-0 COMMUNITIES OF ABILENE FEDERAL<br>C/O LISA VALDEZ<br>3661 N 6TH STREET<br>ABILENE,TX 79603- | 06/04/2013 | 6980 | 9,020.08 | 9,020.08 | Secured |
| 021-0 DSRM NATIONAL BANK/DIAMOND SHA<br>VALE<br>PO BOX 631<br>AMARILLO,TX 79105-0631 | | 0000 | 531.00 | 0.00 | Unsecured<br>Not Filed |
| 022-0 JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS,MO 63195-3185 | 07/31/2013 | xxxxxxxxxxxxxxxxx1862 | 1,070.00 | 1,145.65 | Unsecured |

Continued on Next Page

In RE:   RICKEY TONEY STOKES          SANDRA SYLVIA STOKES   Case Number   13-10119-RLJ-13          9/17/2013

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 023-0  FIRST CASH FINANCIAL SERVICES<br>PO BOX 910<br>EULESS,TX 76039- | 06/26/2013 | 6691 | 650.00 | 698.61 | Unsecured |
| 024-0  GE CAPITAL RETAIL BANK<br>C/O REC MGM SYS CORP 2820547-11700572<br>25 SE 2ND AVE  SUITE 1120<br>MIAMI,FL 33131-1605 | 07/28/2013 | 7845 | 182.00 | 182.87 | Unsecured |
| 025-0  PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- | 08/22/2013 | 1153 | 987.00 | 987.38 | Unsecured |
| 026-0  JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS,MO 63195-3185 | 08/08/2013 | xxxxxxxxxxxxxxxxxx1267 | 615.00 | 615.89 | Unsecured |
| 027-0  HENDRICK MEDICAL CENTER<br>COLLECTION DEPARTMENT<br>1900 PINE STREET<br>ABILENE,TX 79601-2432 | | 8306 | 616.00 | 0.00 | Unsecured<br>Not Filed |
| 028-0  MICHAEL REED<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>PO BOX 1269<br>ROUND ROCK,TX 78680-1269 | | | 0.00 | 0.00 | Notice Only |
| 029-0  MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK,TX 78680-1269 | | | 0.00 | 0.00 | Notice Only |
| 030-0  NOBLE FIN<br>PO BOX<br>BOERNE,TX 78006- | | xx7X20 | 676.00 | 0.00 | Unsecured<br>Not Filed |
| 031-0  RADIOLOGY ASSOCIATES OF ABILEN<br>PO BOX 2898<br>ABILENE,TX 79604-2898 | | 1625 | 134.00 | 0.00 | Unsecured<br>Not Filed |
| 032-0  SECURITY FINANCE DBA SFCTX<br>CENTRAL BANKRUPTCY AND REC DEPARTMENT<br>PO BOX 1893<br>SPARTANBURG,SC 29304- | 07/26/2013 | 3971 | 2,505.00 | 1,026.97 | Unsecured |
| 033-0  SERVICE BUREAU INC<br>2705 81ST ST<br>LUBBOCK,TX 79423-2229 | | | 0.00 | 0.00 | Notice Only |
| 034-0  SOLBERG & KENNEDY LLC<br>14040 N CAVE CREEK RD<br>STE 210<br>PHOENIX,AZ 85022- | | | 0.00 | 0.00 | Notice Only |
| 035-0  SUDDENLINK<br>PO BOX 660365<br>DALLAS,TX 75266-0365 | | | 580.91 | 0.00 | Unsecured<br>Not Filed |
| 036-0  TAYLOR CO CENTRAL APPRAISAL DI<br>1534 SOUTH TREADAWAY BLVD<br>ABILENE,TX 79601- | | 4033 | 1,302.41 | 0.00 | Secured<br>Not Filed |

Continued on Next Page

In RE: RICKEY TONEY STOKES  SANDRA SYLVIA STOKES  Case Number  13-10119-RLJ-13   9/17/2013

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 037-0  TEXAS MIDWEST ER PHYSICIANS<br>PO BOX 676240<br>DALLAS,TX 75267-6240 | | 5677 | 535.00 | 0.00 | Unsecured<br>Not Filed |
| 038-0  COTTONWOOD FINANCIAL DBA THE C<br>1901 GATEWAY DRIVE<br>SUITE 200<br>IRVING,TX 75038- | 06/04/2013 | 5584 | 1,515.51 | 1,515.51 | Unsecured |
| 039-0  COTTONWOOD FINANCIAL DBA THE C<br>1901 GATEWAY DRIVE<br>SUITE 200<br>IRVING,TX 75038-2425 | | | 0.00 | 0.00 | Notice Only |
| 040-0  TOLEDO FIN<br>, - | | | 0.00 | 0.00 | Notice Only |
| 041-0  VALERO RETAIL<br>570 LAKE COOK RD SUITE 310<br>DEERFILED,IL 60015- | | 4886 | 531.00 | 0.00 | Unsecured<br>Not Filed |
| 042-0  WEST CENTRAL TX COLLECTIONS<br>PO BOX 2586<br>ABILENE,TX 79604- | | | 0.00 | 0.00 | Notice Only |
| 043-0  WESTERN BANK<br>500 W BROADWAY<br>COAHOMA,TX 79511- | | 2766 | 13,300.00 | 0.00 | Secured<br>Scheduled-Not Filed |
| 044-0  WESTERN SHAMROCK CORP<br>801 S ABE ST<br>SAN ANGELO,TX 76903-6735 | 06/25/2013 | 1316 | 1,416.00 | 976.46 | Unsecured |
| 045-0  FORREST B MCCRAY<br>ATTORNEY FOR COMMUNITIES OF ABILENE FCU<br>PO BOX 2777<br>ABILENE,TX 79604- | | | 0.00 | 0.00 | Notice Only |
| 046-0  MCCREARY VESELKA BRAGG & ALLEN<br>PO BOX 1269<br>ROUND ROCK,TX 78680- | | | 0.00 | 0.00 | Notice Only |
| 047-0  COMMUNITIES OF ABILENE FEDERAL<br>C/O LISA VALDEZ<br>3661 N 6TH STREET<br>ABILENE,TX 79603- | 06/04/2013 | 6980 | 75,672.00 | 77,404.92 | Continue |
| 048-0  ABILENE TEACHERS FCU<br>PO BOX 5706<br>ABILENE,TX 79608- | | 4121 | 24,855.00 | 0.00 | Secured<br>Surrendered |
| 049-0  ABILENE TEACHERS FEDERAL CREDI<br>ATTN GREGORY PECK<br>PO BOX 5706<br>ABILENE,TX 79608- | 06/05/2013 | 6549 | 5,007.00 | 4,986.30 | Unsecured |
| 050-0  COMMUNITIES OF ABILENE FEDERAL<br>C/O LISA VALDEZ<br>3661 N 6TH STREET<br>ABILENE,TX 79603- | 06/04/2013 | 3360 | 12,193.00 | 25.06 | Secured |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

Page 5

In RE: RICKEY TONEY STOKES  SANDRA SYLVIA STOKES  Case Number  13-10119-RLJ-13   9/17/2013

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 050-1 | COMMUNITIES OF ABILENE FEDERAL<br>C/O LISA VALDEZ<br>3661 N 6TH STREET<br>ABILENE,TX 79603- | 06/04/2013 | 3360 | | 13,883.53 | Unsecured |
| 051-0 | TOLEDO FINANCE<br>203 E BAKER<br>BROWNWOOD,TX 76801-2910 | | 7474 | 418.00 | 0.00 | Unsecured<br>Not Filed |
| 052-0 | AARONS<br>3502 CATCLAW DR<br>ABILENE,TX 79605- | | | 0.00 | 0.00 | Executory<br>Not Filed |
| 053-0 | CAPITOL LOANS<br>3658 N 6TH ST<br>ABILENE,TX 79603-5645 | | | 0.00 | 0.00 | Notice Only |
| 054-0 | CAPITOL LOANS<br>3658 N 6TH STREET<br>ABILENE,TX 79603- | | | 0.00 | 0.00 | Notice Only |
| 055-0 | THE CASH STORE<br>4245 SOUTHWEST DR<br>ABILENE,TX 79606- | | | 0.00 | 0.00 | Notice Only |
| 056-0 | COMMUNITIES OF ABILENE FCU<br>C/O FORREST MCCRAY<br>PO BOX 2777<br>ABILENE,TX 79604- | | | 0.00 | 0.00 | Notice Only |
| 057-0 | ABILENE TEACHERS FEDERAL CREDI<br>PO BOX 5706<br>ABILENE,TX 79608-5706 | | | 0.00 | 0.00 | Notice Only |
| 058-0 | ABILENE TEACHERS FCU<br>PO BOX 5706<br>ABILENE,TX 79606- | | 6549 | 0.00 | 0.00 | Notice Only |
| 059-0 | COMM OF ABILENE/LSI<br>PO BOX 631<br>ABILENE,TX 79604- | | | 0.00 | 0.00 | Notice Only |
| 060-0 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN,MI 48090-2036 | 06/17/2013<br>NOT PROVIDED FOR IN PLAN | 2319 | 0.00 | 2,962.31 | Unsecured |
| 061-0 | SPRINGLEAF FINANCIAL SERVICES<br>3224 SHERWOOD WAY<br>SAN ANGELO,TX 76901- | 06/21/2013<br>NOT PROIVDED FOR IN PLAN | 4181 | 0.00 | 0.00 | Secured |
| 061-1 | SPRINGLEAF FINANCIAL SERVICES<br>3224 SHERWOOD WAY<br>SAN ANGELO,TX 76901- | 06/21/2013 | 4181 | | 5,796.07 | Unsecured |
| 062-0 | WESTERN SHAMROCK CORPORATION<br>ATTENTION BANKRUPTCY<br>801 S ABE ST<br>SAN ANGELO,TX 76903- | | | 0.00 | 0.00 | Notice Only |

Continued on Next Page

In RE: RICKEY TONEY STOKES        SANDRA SYLVIA STOKES   Case Number   13-10119-RLJ-13        9/17/2013

| Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|
| 063-0 FIRST CASH ADVANCE<br>4102 BUFFALO GAP RD<br>ABILENE,TX 79605- | | | 0.00 | 0.00 | Notice Only |
| 064-0 ACE CASH EXPRESS<br>4101 BUFFALO GAP<br>ABILENE,TX 79605- | | | 0.00 | 0.00 | Notice Only |
| 065-0 COMENITY BANK/BUCKLE<br>ATTN: BANKRUPTCY<br>PO BOX 182686<br>COLUMBUS,OH 43218- | | | 0.00 | 0.00 | Notice Only |
| 066-0 GECRB/DILLARDS DC<br>ATTN: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL,GA 30076- | | | 0.00 | 0.00 | Notice Only |
| 067-0 SECURITY FIN<br>SFC CENTRALIZED BANKRUPTCY<br>PO BOX 1893<br>SPARTANBURG,SC 29304-1893 | | | 0.00 | 0.00 | Notice Only |
| 068-0 SECURITY FINANCE DBA SFCTX<br>CENTRAL BANKRUPTCY AND REC DEPARTMENT<br>PO BOX 1893<br>SPARTANBURG,SC 29304- | 07/26/2013<br>NOT PROVIDED FOR IN PLAN | 4372 | 0.00 | 920.55 | Unsecured |
| 069-0 QUANTUM3 GROUP LLC<br>GALAXY ASSET PURCHASING LLC<br>PO BOX 788<br>KIRKLAND,WA 98083-0788 | 07/29/2013<br>NOT PROVIDED FOR IN PLAN | xxxxxx9529 | 0.00 | 1,563.11 | Unsecured |
| 070-0 QUANTUM3 GROUP LLC<br>GALAXY ASSET PURCHASING LLC<br>PO BOX 788<br>KIRKLAND,WA 98083-0788 | 07/29/2013<br>NOT PROVIDED FOR IN PLAN | xxxxxx4675 | 0.00 | 6,591.12 | Unsecured |
| 071-0 JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD,MN 56302-9617 | | 2042 | 0.00 | 0.00 | Notice Only |
| 072-0 JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS,MO 63195-3185 | 07/31/2013<br>NOT PROVIDED FOR IN PLAN | xxxxxxxxxxxxxxxxxx3204 | 0.00 | 3,684.61 | Unsecured |
| 073-0 EZ MONEY<br>1381 SAYLES<br>ABILENE,TX 79605- | | | 0.00 | 0.00 | Notice Only |
| 074-0 JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 953185<br>ST LOUIS,MO 63195-3185 | 08/08/2013<br>NOT PROVIDED FOR IN PLAN | xxxxxxxxxxxxxxxxxx1903 | 0.00 | 526.94 | Unsecured |
| 075-0 PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- | | 1153 | 0.00 | 0.00 | Notice Only |
| 076-0 GECRB/LOWES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL,GA 30076-9104 | | 1153 | 0.00 | 0.00 | Notice Only |

Continued on Next Page

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

Page 7

In RE: RICKEY TONEY STOKES  SANDRA SYLVIA STOKES  Case Number  13-10119-RLJ-13  9/17/2013

| | Creditor | Date Filed | Account# | Scheduled | Claim Amount | Class |
|---|---|---|---|---|---|---|
| 077-0 | ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN,MI 48090-2036 | 08/22/2013<br>NOT PROVIDED FOR IN PLAN | 2117 | 0.00 | 260.78 | Unsecured |
| 078-0 | LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE,SC 29603-0587 | 09/10/2013<br>NOT PROVIDED FOR IN PLAN | 7177 | 0.00 | 1,702.21 | Unsecured |
| 079-0 | LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE,SC 29603-0587 | 09/10/2013<br>NOT PROVIDED FOR IN PLAN | 9693 | 0.00 | 555.49 | Unsecured |
| 080-0 | LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE,SC 29603-0587 | 09/10/2013<br>NOT PROVIDED FOR IN PLAN | 5467 | 0.00 | 1,170.35 | Unsecured |
| 081-0 | LVNV FUNDING<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE,SC 29603-0587 | 09/10/2013<br>NOT PROVIDED FOR IN PLAN | 4507 | 0.00 | 860.65 | Unsecured |
| 851-0 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA,PA 19101-7346 | | | 0.00 | 0.00 | Notice Only |
| 899-0 | WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | | | 0.00 | 0.00 | Notice Only |
| 900-0 | RICKEY TONEY STOKES<br>, | | | 0.00 | 0.00 | Dbtr Refund<br>Not Filed |

This notice is provided solely to inform Debtor(s) and Counsel of the filing status of claims at the bar date.

IT IS THE REPONSIBILITY OF DEBTOR(S) and COUNSEL TO TAKE APPROPRIATE LEGAL ACTION.

A true and correct copy of this Trustee's Notice of Claims Filed and Not Filed shall
be retained in the Trustee's file in this case.

/s/ Walter O'Cheskey

-------------------------------------------
Standing Bankruptcy Trustee