Forrest B. McCray
State Bar No. 13482100
P. O. Box 2777
Abilene, Texas 79604
Tel. (325) 673-2933
Fax (325) 673-0767
Email: law@abilene.com
Attorney for Communities of Abilene Federal Credit Union

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 13-10119-RLJ-13 |
| Rickey Toney Stokes | § | |
| Sandra Sylvia Stokes | § | |
| Debtors | § | Chapter 13 |
| | § | |
| COMMUNITIES OF ABILENE | § | |
| FEDERAL CREDIT UNION | § | |
| | § | |
| V. | § | **HEARING DATE & TIME:** |
| | § | June 4, 2014 |
| Rickey Toney Stokes | § | at 11:00 a.m. |
| Sandra Sylvia Stokes, Debtors and | § | VIDEO DOCKET |
| WALTER O'CHESKEY, Trustee | § | |
| | § | |
| Respondents | § | |

**MOTION OF COMMUNITIES OF ABILENE FEDERAL CREDIT UNION
FOR RELIEF FROM AUTOMATIC STAY
AND WAIVER OF 30-DAY HEARING REQUIREMENT**

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS ELECTRONICALLY FILED OR SUBMITTED ON DISKETTE TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT U. S. BANKRUPTCY COURT U.S. BANKRUPTCY CLERK, 306 FEDERAL BUILDING, 1205 TEXAS AVENUE, LUBBOCK, TX 79401-4002 BEFORE THE CLOSE OF BUSINESS FOURTEEN DAYS FROM THE SERVICE OF THIS MOTION, WHICH IS APRIL 15, 2014. IF SERVICE IS BY MAIL, THREE ADDITIONAL DAYS ARE ALLOWED PURSUANT TO FED. R. BANKR. P. 9006(f).

ANY RESPONSE MUST BE IN WRITING, ELECTRONICALLY FILED OR SUBMITTED ON DISKETTE TO THE CLERK AND A COPY SERVED UPON COUNSEL FOR THE MOVING PARTY WITHIN THE TIME DESCRIBED ABOVE. IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

1

**IF A RESPONSE IS FILED, A FINAL HEARING ON THE MOTION WILL BE HELD AT 11:00 A.M. ON JUNE 4, 2014, IN ROOM NUMBER 2201 U.S. BANKRUTPCY COURT 3RD AND PINE, ABILENE, TX 79601. THE RESPONSE MUST CONTAIN THE INFORMATION REQUIRED BY N.D. TEX. L.B.R. 4001.1(b).**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Communities of Abilene Federal Credit Union ("COAFCU") and files this Motion for Relief from Automatic Stay and would show the Court as follows:

1. This proceeding is brought pursuant to 11 U.S.C. §362(d) Bankruptcy Rules 4001 and 9014. This Court has jurisdiction over this proceeding pursuant to 28 U.S. C. §1334 and 28 U.S.C. §157.

2. Rickey Toney Stokes and Sandra Sylvia Stokes ("Debtors"), filed a petition for relief under Chapter 13 of Title 11, United States Code on May 15, 2013.

3. COAFCU is the holder of a Promissory Note executed by Debtors on or about April 7, 2011 ("Note"). A copy of the Note is attached hereto and incorporated herein for all purposes.

4. The Note is secured by that certain lien contract dated April 7, 2011, which is recorded in the Official Public Records of Taylor County, Texas, thereby creating a valid and first lien on the real property described therein ("Collateral"). A copy of that lien contract is attached hereto and incorporated herein for all purposes.

5. Debtors have failed to maintain current post-petition payments due under the Note and lien contract and are presently in arrears for the January 25, 2014, payment through, and including, the March 25, 2014, payment in the amount of $715.88 per payment.

6. Further cause may exist to terminate the automatic stay if the Debtors fail to provide proof of adequate insurance and payment of applicable taxes as required by the Note and

lien contract. COAFCU hereby demands proof of insurance and payment of applicable taxes by Debtors.

7. Debtors' default has resulted in loss and harm to COAFCU and cause exists for vacating the automatic stay under 11 U.S. C. §361 and §362(d).

8. COAFCU asserts that the Debtors have neglected to provide COAFCU with adequate protection with respect to the property.

9. The provision of Rule 4001(a)(3) should be waived and COAFCU permitted to immediately enforce the order granting relief from the automatic stay.

10. COAFCU requests that upon the termination of the automatic stay, COAFCU has the authority to contact Debtors directly to determine Debtors' intent regarding the Collateral and/or to verify abandonment and vacancy.

11. According to the terms of the Note and lien contract, Debtors are liable for costs and attorney fees incurred by COAFCU in the filing of this Motion for Relief from Automatic Stay.

WHEREFORE, Communities of Abilene Federal Credit Union prays that, pursuant to 11 U.S.C. §362(d), this Court enter an order terminating the automatic stay as to COAFCU; alternatively, COAFCU be afforded adequate protection; and any other relief to which COAFCU may show itself justly entitled.

Respectfully submitted,

/s/ Forrest B. McCray
State Bar No. 13482100
P. O. Box 2777
Abilene, Texas 79604
Tel. (325) 673-2933
Fax (325) 673-0767
Attorney for Communities of
Abilene Federal Credit Union

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 6, 2014, I contacted Debtors' attorney and was advised by his office that there is opposition to this Motion.

/s/ Forrest B. McCray

## Certificate of Service

I hereby certify that on this day a true and correct copy of the foregoing Notice was this day served electronically on those parties entitled to receive electronic notice of the filings in this case and on the following via Regular First Class Mail:

Rickey Toney Stokes
Sandra Sylvia Stokes
818 Sunset Drive
Abilene, TX  79605

/s/ Forrest B. McCray