Forrest B. McCray
State Bar No. 13482100
P. O. Box 2777
Abilene, Texas 79604
Tel. (325) 673-2933
Fax (325) 673-0767
Email: law@abilene.com
Attorney for Communities of Abilene Federal Credit Union

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 13-10119-RLJ-13 |
| Rickey Toney Stokes | § | |
| Sandra Sylvia Stokes | § | |
| Debtors | § | Chapter 13 |
| | § | |
| COMMUNITIES OF ABILENE | § | |
| FEDERAL CREDIT UNION | § | |
| | § | |
| V. | § | |
| | § | |
| Ricky Toney Stokes | § | |
| Sandra Sylvia Stokes, Debtors and | § | |
| WALTER O'CHESKEY, Trustee | § | |
| | § | |
| Respondents | § | |

## NOTICE OF HEARING

PLEASE BE ADVISED that a final hearing on Movant's Motion for Relief From the Automatic Stay has been scheduled **for June 4, 2014, at 11:00 a.m.** before the Honorable Robert L. Jones, United States Bankruptcy Court, Northern District of Texas, Abilene, Division, room 2201, 3rd and Pine, Abilene, Texas.

Respectfully submitted,

/s/ Forrest B. McCray
State Bar No. 13482100
P. O. Box 2777
Abilene, Texas 79604
Tel. (325) 673-2933
Fax (325) 673-0767
Attorney for Communities of

1

2

Abilene Federal Credit Union
**Certificate of Service**

    I hereby certify that on this day a true and correct copy of the foregoing Notice was this day served electronically on those parties entitled to receive electronic notice of the filings in this case and on the following via Regular First Class Mail:

Rickey Toney Stokes
Sandra Sylvia Stokes
818 Sunset Drive
Abilene, TX 79605

                                        /s/ Forrest B. McCray